UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TONY HIGGINS,

    Plaintiff,

v.                                                  24-CV-901(JLS) (HKS)

DANIEL F. MARTUSCELLO, III,
SUPERINTENDENT LEANNE
LATONA, and
JOHN DOES 1-10,

    Defendants.
_____

## DECISION AND ORDER

    On April 23, 2024, Plaintiff Tony Higgins commenced an action in Supreme Court, Erie County, asserting claims under 42 U.S.C. § 1983 based on an alleged assault while he was in Department of Corrections and Community Supervision custody. *See* Dkt. 1-1. Defendants removed the action to this Court on September 25, 2024. Dkt. 1. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 3.

    Defendants Martuscello and Latona moved to dismiss. Dkt. 2. Plaintiff opposed the motion, Dkt. 6, and Defendants replied. Dkt. 7. On September 19, 2025, Judge Schroeder issued a Report and Recommendation ("R&R") recommending "that [D]efendants' motion to dismiss (Dkt. #2) be granted" and further recommending "that [P]laintiff's state law battery claim be dismissed at his

request." Dkt. 8 at 9.[1]  Neither party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects.  See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record.  Based on that review, and in the absence of any objections, the Court accepts and adopts Judge Schroeder's recommendation.

Thus, for the reasons above and in the R&R, Defendants' [2] motion to dismiss is GRANTED.  Plaintiff's state law battery claim is DISMISSED.  The case

---

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

2

is referred back to Judge Schroeder in accordance with the October 7, 2024 referral order.  *See* Dkt. 3.

SO ORDERED.

Dated: October 27, 2025
Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE